Dismissed and Opinion Filed November 14, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01529-CR

## SHARON RILEY, APPELLANT

### V.

## THE STATE OF TEXAS, APPELLEE

On Appeal from the 195th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-00478-N

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47